FILED
2026 Aug-17 AM 10:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

**DAVID CLUM, JR.,**
Petitioner,

**v.**

**WARDEN, FCI TALLADEGA,**
Respondent.

**Case No. 1:25-cv-2004-CLM-GMB**

## MEMORANDUM OPINION

Petitioner David Clum, Jr. has filed an amended pro se petition for habeas corpus under 28 U.S.C. § 2241. (Doc. 4). The magistrate judge has entered a report, recommending that the court dismiss Clum's petition without prejudice for failure to exhaust administrative remedies and deny as moot Clum's pending motions to expedite. (Doc. 15). Clum objects to the magistrate judge's report and recommendation. (Doc. 18).

In his objections, Clum contends that the Federal Bureau of Prison's ("BOP") administrative remedy process is "blatantly absurd" and argues that he "has most certainly exhausted his A[dministrative] R[emedies] all the way to the final BP-11." (*Id.*, p. 1). But Clum fails to acknowledge that he did not complete the BOP's administrative remedy process *before* filing his federal habeas petition, as the magistrate judge correctly concluded. (*See* Doc. 15, pp. 5–6); *see also Martin v. Zenk*, 244 F. App'x 974, 977–78 (11th Cir. 2007). So the court **OVERRULES** Clum's objections.

Having considered the record, including the magistrate judge's report and Clum's objections, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will **DISMISS WITHOUT PREJUDICE** Clum's petition for writ of habeas corpus for failure to exhaust administrative remedies. The court will **DENY AS MOOT** Clum's motions to expedite (docs. 10 & 13).

The court will enter a separate final judgment that carries out this ruling and closes this case.

**DONE** and **ORDERED** on August 17, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE